UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRO TSIMBALYUK,

                    Petitioner,

        v.

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

CASE NO. C19-0481-JCC

ORDER

This matter comes before the Court on the report and recommendation of the Honorable

Brian A. Tsuchida, Chief United States Magistrate Judge (Dkt. No. 12). Having thoroughly

considered the report and recommendation and the relevant record, the Court hereby ORDERS

that:

1.   The report and recommendation (Dkt. No. 12) is ADOPTED;

2.   The Government's motion to supplement and dismiss as moot (Dkt. No. 9) is

     GRANTED;

3.   The Government's original motion to dismiss (Dkt. No. 6) is DENIED as moot;

4.   Petitioner's habeas petition (Dkt. No. 4) is DENIED;

5.   This action is DIMISSED without prejudice; and

6.   The Clerk is DIRECTED to send a copy of this order to the parties and to Judge

     Tsuchida.

1    DATED this 6th day of September 2019.

2

3

4

                                                            John C. Coughenour
5                                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C19-0481-JCC
PAGE - 2